```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALEXANDER DOROSH,

               Plaintiff,

    -v-

LONG ISLAND RAILROAD COMPANY,

               Defendant.
-----------------------------------------------------------------X

20-cv-0325 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    This case has been randomly reassigned to me for all purposes. It is hereby:

    ORDERED that the Initial Pretrial Conference previously scheduled for April 2, 2020 at 10:30 a.m. shall take place on that date at 4:30 p.m. by telephone. The parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.

    IT IS FURTHER ORDERED that, by one week prior to conference, the parties jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage. Parties should consult the Individual Practices for guidance on the matters to be discussed at the Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters.

    SO ORDERED.

Dated: March 19, 2020
       New York, New York

                                                 LEWIS J. LIMAN
                                                 United States District Judge