UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/9/2020___

-----------------------------------------------------------------------X

EVELYN ELMRHARRI, as mother and natural guardian
of A.E.,

                Plaintiff,

          -v-

MARRIOTT INTERNATIONAL, INC.,

                Defendant.

-----------------------------------------------------------------------X

20-cv-0325 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On March 19, 2020, the Court issued an order scheduling an initial pretrial conference for April 10, 2020 and requiring the parties to jointly submit to the Court a proposed Case Management Plan and Scheduling Order one week prior to conference, by April 3, 2020. That order also required Defendant, which removed the action from state court, to notify Plaintiff of the order.

The parties have not submitted the requested Case Management Plan and Scheduling Order. It is hereby ORDERED that the parties shall submit the joint Case Management Plan and Scheduling Order by April 9, 2020, by 6:00 p.m.

     SO ORDERED.

Dated: April 9, 2020
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge