```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
EVELYN ELMRHARRI, as mother and natural guardian                     :
of A.E.,                                                             :
                                                                     :
                        Plaintiff,                                   :     20-cv-0325 (LJL)
                                                                     :
        -v-                                                          :     ORDER
                                                                     :
MARRIOTT INTERNATIONAL, INC.,                                        :
                                                                     :
                        Defendant.                                   :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2020

LEWIS J. LIMAN, United States District Judge:

On April 9, 2020, the parties informed the Court that they have reached a settlement in principle in this case. It is hereby ORDERED that the parties shall submit an application for settlement to the Court within thirty (30) days of this Order in conformance with Local Civil Rule 83.2 of the U.S. District Court for the Southern District of New York.

The conference scheduled for April 10, 2020 is ADJOURNED sine die.

SO ORDERED.

Dated: April 9, 2020                    _____
       New York, New York                         LEWIS J. LIMAN
                                              United States District Judge