```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
EVELYN ELMRHARRI, as mother and natural guardian                  :
of A.E.,                                                          :
                                                                  :
                           Plaintiff,                             :    20-cv-0325 (LJL)
                                                                  :
        -v-                                                       :    ORDER
                                                                  :
MARRIOTT INTERNATIONAL, INC.,                                     :
                                                                  :
                           Defendant.                             :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2020

LEWIS J. LIMAN, United States District Judge:

On April 9, 2020, the parties informed the Court that they had reached a settlement in principle in this case. That day, the Court ordered the parties to submit an application for settlement within thirty (30) days of that order, by May 9, 2020, in conformance with Local Civil Rule 83.2 of the U.S. District Court for the Southern District of New York. *See* Dkt. No. 12. The parties have not yet done so.

It is hereby ORDERED that the parties shall file such application no later than May 15, 2020.

SO ORDERED.

Dated: May 13, 2020
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge