```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EVELYN ELMRHARRI, as Mother and Natural
Guardian of A.E.,

                              Plaintiff,                                 20-cv-0325 (LJL)

        -v-                                                            ORDER

MARRIOTT INTERNATIONAL, INC.,

                            Defendant.
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held a status conference on May 21, 2020. It is hereby ORDERED that the parties' time to submit an application for settlement is extended until July 10, 2020. The parties are directed to submit such application in conformance with Local Civil Rule 83.2 of the Local Rules of the U.S. District Courts for the Southern District of New York.

      SO ORDERED.

Dated: May 22, 2020
      New York, New York                           _____
                                                              LEWIS J. LIMAN
                                                            United States District Judge