UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                     :

EVELYN ELMRHARRI, as mother and natural guardian  :
of A.E.,
                                     :

                    Plaintiff,         :            20-cv-0325 (LJL)

               -v-                 :              ORDER

MARRIOTT INTERNATIONAL, INC.,         :

              Defendant.     :

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On July 8, 2020, the parties submitted a proposed infant compromise order.  Dkt. No. 16.

The proposed order references a medical report but fails to attach the "medical or hospital

report" required by N.Y. C.P.L.R. 1208(c).  In addition, the affidavit submitted by Plaintiff's

counsel fails to include the hours expended on this matter or information that would permit this

Court to determine the amount of suitable compensation and the value of the attorney services.

*See I.M. by Hartmann v. DiConstanzo*, 2020 WL 1330241, at \*5-7 (S.D.N.Y. Mar. 23, 2020)

("[I]n approving an infant settlement, the Court must not simply accept the contingency fee

agreement between the parties.").

      Plaintiff's counsel is directed to submit the requested information within fourteen (14)

days of this Order.

      SO ORDERED.

Dated: July 24, 2020
      New York, New York                           LEWIS J. LIMAN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/24/2020