```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EVELYN ELMRHARRI, as mother and natural guardian of A.E.,

                          Plaintiff,                  20-cv-0325 (LJL)

     -v-                                     ORDER

MARRIOTT INTERNATIONAL, INC.,

                          Defendant.
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On August 6, 2020, the parties submitted an amended Infant Compromise Order in response to this Court's July 24, 2020 Order. Dkt. Nos. 17, 19.

It is hereby ORDERED that a telephonic hearing on the Infant Compromise Order is scheduled for August 13, 2020 at 12:00 p.m. Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts. Plaintiff, the infant, and their attorney shall attend the telephonic hearing pursuant to N.Y. C.P.L.R. 1208(d).

    SO ORDERED.

Dated: August 10, 2020
       New York, New York

                                                         LEWIS J. LIMAN
                                                       United States District Judge