```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
EVELYN ELMRHARRI, as mother and natural guardian :
of A.E.,                                         :
                                                 :
                           Plaintiff,            :        20-cv-0325 (LJL)
                                                 :
          -v-                                    :        ORDER
                                                 :
MARRIOTT INTERNATIONAL, INC.,                    :
                                                 :
                           Defendant.            :
                                                 :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The hearing on the Infant Compromise Order previously scheduled for August 13, 2020 at 12:00 p.m. is ADJOURNED to August 20, 2020 at 12:00 p.m.

      SO ORDERED.

Dated: August 12, 2020
       New York, New York

                                            LEWIS J. LIMAN
                                      United States District Judge